MARY L. ALBAHARY ET AL. *v.* CITY OF BRISTOL

The plaintiffs' petition for certification for appeal from the Appellate Court, 84 Conn. App. 329 (AC 24345), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the doctrine of collateral estoppel, or issue preclusion, precluded the plaintiffs from obtaining compensation from the defendant for damages arising out of the defendant's pretaking contamination of the plaintiffs' groundwater?"

The Supreme Court docket number is SC 17265.

*Michael A. Zizka,* in support of the petition.

*Ben M. Krowicki* and *Susan Kim,* in opposition.

Decided September 22, 2004

MAGNUS MANKERT *v.* ELMATCO
PRODUCTS, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 84 Conn. App. 456 (AC 24351), is denied.

*Gordon R. Raynor,* in support of the petition.

*Robert M. Singer,* in opposition.

Decided September 22, 2004

The defendants' petition for certification for appeal from the Appellate Court, 84 Conn. App. 220 (AC 24353), is granted, limited to the following issue: